IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 07-0010
 ((((((((((((((((

 Galveston Central Appraisal District, Petitioner

 v.

 TRQ Captain's Landing, L.P. and American Housing Foundation, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is abated pursuant to Tex. R. App. P. 8.2 until
 further order of this Court and is removed from the Court's
 active docket.

 2. The Court directs the parties to timely notify the Court of all
 events affecting the status of this case, and, in any event, to
 file a status report by November 5, 2009.

 Done at the City of Austin, this 28th day of August, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk